**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
Email: Julian.Pardini@lewisbrisbois.com
ROBERT E. BELSHAW, SB#142028
Email: Robert.Belshaw@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
THE CINCINNATI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM WAYTENA and LEEANN LAHREN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-04450-RS<br><br>**~~[PROPOSED]~~ ORDER RE STIPULATION RE DEADLINE TO COMPLETE PRODUCTION** |

The Court, having considered the Parties' Stipulation Re Deadline to Complete Discovery, hereby ORDERS as follows:

1. Defendant THE CINCINNATI INSURANCE COMPANY shall produce all non-privileged documents responsive to Plaintiff WILLIAM WAYTENA and LEEANN LAHREN's First and Second Sets of Requests for Production by September 21, 2026.

2. The deposition of any person properly noticed before the Non-Expert Discovery Cut-off date of October 9, 2026, may be completed after that date, but no later than by October 16, 2026.

3. If Pieter Kes is designated as Defendant's designee pursuant to Federal Rule of Civil Procedure 30(b)(6), then Plaintiff's may further depose Mr. Kes in his individual capacity that same day or the next day (if he is available) regarding any additionally produced documents. If Mr. Kes is not Defendant's Rule 30(b)(6) designee or he is unavailable the next day following Defendant's Rule 30(b)(6) deposition, then Mr. Kes may be deposed on a subsequent day on or before October 16, 2026, when he is available in his individual capacity regarding any additionally produced documents. To the extent that Mr. Kes is further deposed in his individual capacity, the Parties shall meet and confer regarding the allowable length of such further deposition.

4. No other dates in the Scheduling Order are changed. Dkt. 36.

DATED: September 11, 2026

HON. LISA J. CISNEROS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT